STATE, RESPONDENT, v. ROSS, APPELLANT.

(No. 2,611.)

(Submitted December 23, 1908.   Decided February 15, 1909.]

[99 Pac. 1058.]

[For syllabus, see State v. Ross, *ante*, p. 319.]

*Appeal from District Court, Yellowstone County; Sydney Fox, Judge.*

JOHN ROSS was convicted of conducting a gambling game, and he appeals.   Affirmed.

*Mr. Jesse B. Roote,* for Appellant.

*Mr. Albert J. Galen,* Attorney General, and *Mr. W. H. Poorman,* Assistant Attorney General, for Respondent.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

The defendant was convicted of conducting a gambling game and appeals from the judgment. The facts are practically the same as in the case of *State* v. *Ross, ante,* p. 319, 99 Pac. 1056, and this appeal was submitted upon the briefs in that case.

For the reasons stated in *State* v. *Ross,* above, the judgment is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SMITH concur.